MICHAEL K. DOBRIN
State Bar #95396
83 Scripps Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 922-4801
Facsimile: (916) 648-7447
Email: dobrinm@aol.com

Attorney for Plaintiff
SUTTER INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| SUTTER INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAMSBURG NATIONAL INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.  1:11-cv-00796-AWI-DLB<br><br>STIPULATION AND ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE |

STIPULATION

The above captioned case is set for a scheduling conference to take place on 7/26/11 at 9:15 a.m. in courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck.  Counsel for Sutter Insurance Company (Michael K. Dobrin) is also scheduled to appear at an arbitration hearing in Sacramento in another case on the same morning.  Also, the parties herein are in the process of discussing settlement and would like to have more time to do so while not incurring expenses/attorney's fees in connection with preparing for the scheduling conference.  Therefore,

IT IS HEREBY STIPULATED by and between the parties herein,

through their respective counsel of record herein, that the scheduling conference herein, currently set for 7/26/11 at 9:15 a.m. in courtroom 9 be continued to 8/30/11 at 9:30 a.m. in courtroom 9, which will coincide with the scheduling conference in <u>Williamsburg National Insurance Co.  vs. Sutter Insurance Co.</u> (case no. 1:10-cv-02310-DLB).

DATED:

By:   /s/
MICHAEL K. DOBRIN
Attorney for Plaintiff
SUTTER INSURANCE COMPANY

DATED:

BERMAN, BERMAN & BERMAN

By:   /S/
SPENCER A. SCHNEIDER
Attorney for Defendant
WILLIAMSBURG NATIONAL INS. CO.

IT IS SO ORDERED.

**Dated:   June 22, 2011**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

---

2
STIPULATION AND ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE