Spencer A. Schneider, Esq., SBN 175071
BERMAN, BERMAN & BERMAN, LLP
11900 West Olympic Boulevard
Sixth Floor
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011
Email: saschneider@b3law.com

Attorneys for Defendant
WILLIAMSBURG NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| SUTTER INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIAMSBURG NATIONAL INSURANCE COMPANY<br><br>　　　　Defendants. | CASE NO: 1:11-CV-00796- AWI-DLB<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |

It is hereby stipulated by and between the parties through their counsel of record herein that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); each side to bear its own costs.

Dated: September 26, 2011            LAW OFFICE OF MICHAEL K. DOBRIN


　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　MICHAEL K. DOBRIN
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　SUTTER INSURANCE COMPANY

1

**STIPULATION FOR DISMISSAL; ORDER**

Dated: September 23, 2011                    BERMAN, BERMAN & BERMAN, LLP


                                             By:_____
                                                  SPENCER A. SCHNEIDER
                                                  Attorneys for Defendant
                                                  WILLIAMSBURG NATIONAL
                                                  INSURANCE COMPANY


**ORDER**

Pursuant to the parties' stipulated dismissal under Rule 41(a) of the Federal Rules of Civil Procedure, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  September 30, 2011            _____
                                      CHIEF UNITED STATES DISTRICT JUDGE